# Exhibit A

Dear Judge Jonker,

My name is Corey Powell and this letter is in reference to Tyrone Smith, an inmate you'll be presiding over.

Despite the harsh charge, Tyrone isn't the man the reports portray him to be.

Tyrone is a loving, caring, & humble individual who have a beautiful 21 year old daughter & 2 year old grandson. Tyrone is also the lead caretaker of his 93 year old Grandmother. Being without him have torn this family apart.

A hosts of friends & family depend on Tyrone for his loving support.

We ask, with all due respect, that you show mercy & leniency while passing down his sentence.

With doing so, you bring comfort to a hurting family.

Tyrone does know the error of his decisions. Show mercy!

Sincerely,
Corey Powell
& Family